In the Matter of FRANK SCHEINER, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 17, 1941; decided October 21, 1941.

*Morris Pottish* for appellant.

*William C. Chanler, Corporation Counsel (David DuVivier, Paxton Blair* and *Thomas W. A. Crowe* of counsel), for Board of Elections, respondent.

*J. Irwin Shapiro* and *Charles P. Sullivan* (in person), for Charles P. Sullivan, intervening respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.